DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERRICK A. MCNEAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2852

_____

February 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.